UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BARBARA CARSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION FILE NO. |
| ) | 1:14-cv-00104-RWS |
| IOAN DONUT HOLDINGS, ) | |
| LLC, dba DUNKIN' DONUTS, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF DISMISSAL

COME NOW, the Plaintiff and the Defendant herein, and, pursuant to the provisions of Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, hereby dismiss the above-styled civil action WITH PREJUDICE. Each party to pay its own fees and costs.

Respectfully submitted this 3rd day of June, 2014.

*CONSENTED TO BY:*

*s/ Gordon S. Johnston*  
Gordon S. Johnston, Esq.  
Georgia Bar No. 396401  
Stuart & Johnston, LLC  

*s/ Mary Anne Ackourey*  
Mary Anne Ackourey  
Georgia Bar No. 001555  
Amanda M. Cash  
Georgia Bar No. 406807  
Freeman Mathis & Gary, LLP

| | |
|---|---|
| 3343 Peachtree Road, N.E. | 100 Galleria Parkway |
| Suite 530 | Suite 1600 |
| Atlanta, GA  30326 | Atlanta, Georgia  30339-5948 |
| T:  404.662.2615 | T:  770.818.0000 |
| F:  404.795.0891 | F:  770.937.9960 |
| E: GJohnston@stuartandjohnston.com | E:  mackourey@fmglaw.com |
| | E: acash@fmglaw.com |
| Counsel for Plaintiff | Counsel for Defendant |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **BARBARA CARSON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **CIVIL ACTION FILE NO.** |
| ) | **1:14-cv-00104-RWS** |
| **IOAN DONUT HOLDINGS,** ) | |
| **LLC, dba DUNKIN' DONUTS,** ) | |
| ) | |
| **Defendant.** ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed the within and foregoing **STIPULATION OF DISMISSAL** with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record:

Gordon S. Johnston, Esq.
Stuart & Johnston, LLC
3343 Peachtree Road, N.E.
Suite 530
Atlanta, GA  30326

This 3rd day of June, 2014.

*/s/ Mary Anne Ackourey*
Mary Anne Ackourey
Georgia Bar No. 001555